UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. RANSOM, | No. 2:25-cv-0531 AC P |
| Plaintiff, | |
| v. | ORDER |
| K. SPINELLI, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed March 31, 2025, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.  ECF No. 23.  That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources.  Id. at 2.  Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted.  ECF No. 29.  Having reviewed the request, the court finds good cause to grant it.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 29) is GRANTED.

2. The ADR stay of this action, commencing March 31, 2025 (ECF No. 23), is LIFTED.

3. The July 28, 2025 settlement conference before Magistrate Judge Sean C. Riordan is VACATED.

4. The writ of habeas corpus ad testificandum directing the Warden to produce plaintiff for the settlement conference (ECF No. 28) is VACATED.

5. The Clerk of the Court is directed to serve a copy of this order on the Warden of California State Prison, Sacramento at P.O. Box 290002, Represa, CA 95671, and a courtesy copy on the Litigation Coordinator at California State Prison, Sacramento by fax at (916) 294-3072 or via email.

6. Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: July 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE