UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. RANSOM, | No. 2:25-cv-0531 AC P |
| Plaintiff, | |
| v. | ORDER |
| K. SPINELLI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Non-party Frederick Brown, who is also a state prisoner, has filed a request for notification that a contract between himself and plaintiff was received and filed. ECF No. 31. Defendants have moved to strike the filing on the grounds that Mr. Brown is not an attorney and therefore cannot represent plaintiff. ECF No. 32.

Although prisoners may assist other inmates in preparing filings, "[n]o authority authorizes them to engage in the practice of law by filing papers with the court as the inmate's legal representative." Storseth v. Spellman, 654 F.2d 1349, 1355 (9th Cir. 1981). Because Mr. Brown is not an attorney, "[h]e has no authority to appear as an attorney for others than himself." McShane v. United States, 366 F.2d 286, 288 (9th Cir. 1966) (citation omitted). Defendants' motion to strike will therefore be granted and the request for notification will be stricken from the record. Plaintiff and Mr. Brown are both advised that because Mr. Brown is not a party to this

1

action and he is not an attorney, any further filings by Mr. Brown, either on his own behalf or on plaintiff's, will be returned without being filed or will be stricken from the record without consideration.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike (ECF No. 32) is GRANTED:

2. The Clerk of the Court is directed to STRIKE the request for notification filed by non-party Frederick Brown (ECF No. 31); and

3. Any further filings by non-party Frederick Brown shall be returned without being filed or stricken from the record without consideration.

DATED: July 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE