UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. RANSOM, | No. 2:25-cv-0531 AC P |
| Plaintiff, | |
| v. | ORDER |
| K. SPINELLI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion requesting an Early ADR settlement conference. ECF No. 38. Although this case was originally referred to the Early ADR Project (ECF No. 23), defendants recently requested to opt out of Early ADR (ECF No. 29) and that request was granted (ECF No. 30). In light of defendants' recent representation that they do not believe this case is appropriate for settlement (ECF No. 29), the court will not order a settlement conference at this time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an Early ADR settlement conference (ECF No. 38) is DENIED.

DATED: September 29, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE