UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. RANSOM,

          Plaintiff,

    v.

K. SPINELLI, et al.,

          Defendants.

No.  2:25-cv-0531 AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a motion requesting a settlement conference and stay of proceedings to allow the settlement conference to take place.  ECF No. 42. In his motion, he states that defendants have not made any offers to settle the case, he has made reasonable offers to defendants, and he would like to settle the case prior to pretrial motions. ECF No. 3.  The court cannot compel defendants to settle this matter and will not order a mandatory settlement conference.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference and to stay the case (ECF No. 42) is DENIED.

DATED: January 28, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE